PROB 12A
(NYEP-11/25/02)

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 19 2007 ★
LONG ISLAND OFFICE

Name of Offender: **Robert Kiernan**  Case Number: **01-CR-0314-01**

Name of Sentencing Judicial Officer: **The Honorable Arthur D. Spatt, Sr. U.S. District Judge**

Date of Original Sentence: **October 4, 2002**

Original Offense: **Bank Fraud, 18 U.S.C. 1344, A Class B Felony**

Original Sentence: **24 months imprisonment, five (5) years supervised release, $100 special assessment**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **August 28, 2004**

===========================================================================

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | New Criminal Conduct: Aggravated Harassment -2nd: Communicate/Alarm |

U.S. Probation Officer Action:

We were recently notified that the offender was arrested on April 17, 2007 by the Suffolk County Police Department for Aggravated Harassment-2nd: Communicate/Alarm. We are in the process of investigating the matter and will notify the Court with our findings and our recommendation. As such, we respectfully recommend that no action be taken at this time.

Respectfully submitted by,

_____
Eric D. Harmon
Senior U.S. Probation Officer
Date: 4/19/07

Approved by,

_____
David J. Washington
Supervising U.S. Probation Officer
Date: 4/19/07

THE COURT ORDERS:

☒ No Action
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

4/19/07
Date